■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN RAEBURN, Appellant. [658 NYS2d 957] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Mastro, J.), rendered March 30, 1994, convicting him of attempted murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention regarding an allegedly improper statement made by the prosecutor is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Williams,* 46 NY2d 1070). In any event, contrary to the defendant's contention, the isolated comment did not shift the People's burden of proving the defendant's guilt beyond a reasonable doubt (*see, People v Lilly,* 139 AD2d 671).

There is no merit to the defendant's contention that the knife recovered from the crime scene should not have been admitted into evidence, since the prosecution established a proper foundation for its admission (*see, People v Julian,* 41 NY2d 340; *People v Mirenda,* 23 NY2d 439).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80). Miller, J. P., Copertino, Krausman and Florio, JJ., concur.